# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

In the Matter of the Search of
(name, address or brief description of person or property to be searched)

xxxxx xxxxx xxxxxx xx

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

CASE NUMBER:

I, Andrew P. Lawton, being duly sworn depose and say:

I am a(n) Special Agent, with the Drug Enforcement Administration and have reason to believe that ☐ on the person or ☒ on the

Official Title

property or premises known as (name, description and or location)

**xxxxx xxxxx xxxxxx xx in Washington, DC**. This is further described as a tan colored row house style residence with white trim located at xxxxx xxxxx xxxxxx xx in Washington, DC. The residence has a dark colored front door with a black security door attached. The number xxxx is displayed on the white trim located over the entry door. In the front of the residence there are black bars on the first story window and one window on the second story. This is the residence of Gabriel Maakwei WILLIAMS.

in the District of Maryland there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

which are (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence, fruits and instrumentalities of alleged crime(s)

in violation of Title 18 United States Code, Section 1956 and Title 21 United States Code, Sections 841(a)(1), 846 and 843(b). The facts to support the issuance of a Search Warrant are as follows:   See attached Affidavit

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Andrew P. Lawton
Special Agent, DEA
Affiant

Sworn to before me, and subscribed in my presence

_____   at Washington, DC
Date

United States Magistrate Judge
Signature of Judicial Officer