UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.:** |
| v. | : | |
| | : | **UNDER SEAL** |
| **4221 Edson Place, N.E.** | : | |
| **Washington, DC** | : | |

**MOTION AND SUPPORTING MEMORANDUM TO SEAL SEARCH AFFIDAVIT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the application and affidavit in support of the search warrant for 4221 Edson Place, N.E., Washington, DC. In support of its motion, the government states as follows:

The application for this search warrant is part of the culmination of an investigation which is being conducted by the Drug Enforcement Agency (DEA) into narcotics trafficking in the District of Columbia metropolitan area. It is imperative that the application and affidavit in support of this search warrant remain confidential to ensure the safety of informants whose identity could be determined from the Affidavit.

WHEREFORE, for all of the foregoing reasons, the United States requests that its motion be granted and that the application and affidavit in support of the search warrant be sealed until further order of the court.

Respectfully submitted,

Kenneth L. Wainstein,
UNITED STATES ATTORNEY

_____
AMY JEFFRESS
Assistant U.S. Attorney
D.C. Bar #: 449258
555 Fourth Street, NW
Washington, DC  20001
(202) 514-7624
Amy.Jeffress@usdoj.gov