UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **4221 Edson Place, N.E.** | : | |
| **Washington, DC** | : | |

## ORDER

Upon motion of the United States, it is this _____ day of February, 2006,

**ORDERED**, that the application and affidavit in support of the search warrant for the above-named premises shall be sealed until further order of the Court.

_____
DATE                                                                Magistrate Judge
                                                                           UNITED STATES DISTRICT JUDGE
                                                                           FOR THE DISTRICT OF COLUMBIA