UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : CRIMINAL NO. 06- 039M-01

v. :

4221 Edson Place, N.E. :
Washington, DC :

FILED
FEB 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the United States, it is this ___1st___ day of February, 2006,

**ORDERED**, that the application and affidavit in support of the search warrant for the above-named premises shall be sealed until further order of the Court.

2-1-06
DATE

_____
Magistrate Judge
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA