SEALED

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**4221 Edson Place N.E., Washington, DC**

**SEARCH WARRANT**

CASE NUMBER: 06- 039M-01

TO: <u>Special Agent Andrew P. Lawton</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Andrew P. Lawton</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**4221 Edson Place N.E. in Washington, DC**. This is further described as a tan colored row house style residence with white trim located at 4221 Edson Place N.E. in Washington, DC. The residence has a dark colored front door with a black security door attached. The number 4221 is displayed on the white trim located over the entry door. In the front of the residence there are black bars on the first story window and one window on the second story. This is the residence of Gabriel Maakwei WILLIAMS.

in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _-6 FEB 2006_
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable _____ U.S. Magistrate Judge, as required by law.

FEB 1 2006 at Washington, DC
Date and Time Issued

_____
United States Magistrate Judge
Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED<br>02/01/06 | DATE AND TIME WARRANT EXECUTED<br>02/02/06   6:39 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Left on Kitchen Table |
| INVENTORY MADE IN THE PRESENCE OF<br>Gabriel Williams | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>See Attached | | |

FILED
FEB 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

S/A [signature]

Subscribed, sworn to, and returned before me this date.

[signature]   2-15-06
U.S Judge or Magistrate    Date

## SCHEDULE B

1. Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchasing and distribution of controlled dangerous substances;

2. Papers, tickets, notes, schedules, receipts and other items relating to domestic and foreign travel;

3. Books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, cashier's checks, bank checks, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer and/or the concealment of assets and the obtaining, secreting, transfer, concealment and/or the expenditure of money;

4. United States Currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds;

5. Photographs, including still photos, negatives, video tapes, films, undeveloped film and the contents therein, slides, in particular photographs of co-conspirators, of assets and/or controlled dangerous substances;

6. Address and/or telephone books, rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex number of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

7. Electronic equipment, such as telex machines, facsimile machines, currency counting machines, telephone answering machines, electronic calendars and address/telephone devices, and related manuals used to generate, transfer, count, record and/or store the information described in items 1, 2, 3, 5, and 6;

8. Indicia of occupancy, residency, rental and/or ownership of the premises and/or of vehicles described herein, including but not limited to utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys; and

9. Firearms and ammunition, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons, and any records or receipts pertaining to firearms and ammunition.

All of the above being fruits, instrumentalities and evidence of violations of Title 21, United States Code, Sections 841 and 846, that is the distribution and possession with intent to distribute controlled dangerous substances, and conspiracy to distribute and possess with intent to distribute controlled dangerous substances.

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO: (Name, Title, Address (including ZIP CODE), if applicable)**
Gabriel Williams
4221 Edson Pl. NE
Wash. DC

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 2/2/06

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | HK 45 cal S/N 29-016309 loaded not chambered - 1 mag 8 rounds | |
| | Texas Defender 44 mag. S/N 33169 loaded - 2 rounds | |
| | false book | |
| | white chunky substance | |
| | ziplock baggies | |
| | black backpack | |
| | 2 digital scales | |
| | U.S. currency | |
| | 3 diskettes | |
| | Glock 40 cal S/N CYV396 loaded not chambered - 8 rds. | |
| | 2 cell phones | |
| | misc. documents | |
| | photos | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)** SA J Boff

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** Gabriel W...

FORM DEA-12 (9-00) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Gabriel Williams
4221 Edson Pl. NE
Washington.

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE  2/2/06

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
|  | add. rounds of 44 mag. |  |
|  | add. rounds of 357 mg |  |
|  | mis docs from vehicle |  |
|  | cell phone from vehicle |  |
|  | cell phone from person |  |
|  | '03 Cadillac Deville |  |
|  | nothing to follow |  |

RECEIVED BY (Signature)  Jennell B B/S

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)  SA. J Boggs

NAME AND TITLE (Print or Type)  Gabriel Williams

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version