UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE : | |
| SEARCH WARRANT OF : | Criminal No. 06-039M-01 |
| xxxx xxxxx xxxxx, N.E. : | |
| WASHINGTON, D.C. : | |
| : | FILED UNDER SEAL |
| : | |

## MOTION TO UNSEAL SEARCH WARRANT

The United States of America, through its attorney the United States Attorney for the District of Columbia moves this court to unseal the above captioned search warrant, and as grounds states that the Application, Search Warrant, Affidavit, Return and related receipts were sealed in this case, on or about February 12, 2006, by U.S. Magistrate Judge Alan Kay, at the request of the government, because of an ongoing related narcotics investigation. The related investigation has resulted in the indictment of individuals, and there is no longer a reason to keep the search warrant sealed. Therefore, the government submits that the above captioned search warrant should be unsealed.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____

Anthony Scarpelli
Assistant United States Attorney
Narcotics Section, D.C. Bar No. 474711
555 4th Street, N.W.  #4816
Washington, DC 20530
Phone:353-1679