UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE | : | |
| SEARCH WARRANT OF | : | Criminal No. 06-039M-01 |
| xxxx xxxxx xxxxx, N.E. | : | |
| WASHINGTON, D.C. | : | |
| | : | FILED UNDER SEAL |
| | : | |

## ORDER

Upon consideration of the Government's Motion to Unseal Search Warrant, and the entire record herein, it is this _____ day of April, 2006,

ORDERED, that the record shall be unsealed, that is, the Application, Search Warrant, Affidavit, Return, and receipts.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:
Anthony Scarpelli
Assistant United States Attorney
Organized Crime and Narcotic Trafficking Section
555 4th Street, N.W.  #4816
Washington, DC 20530