UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE
SEARCH WARRANT OF
4221 EDSON PLACE, N.E.
WASHINGTON, D.C.

Criminal No. 06-039M-01

FILED
APR 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED UNDER SEAL

ORDER

Upon consideration of the Government's Motion to Unseal Search Warrant, and the entire record herein, it is this 7th day of April, 2006,

ORDERED, that the record shall be unsealed, that is, the Application, Search Warrant, Affidavit, Return, and receipts.

~~RICHARD J. LEON~~
~~UNITED STATES DISTRICT JUDGE~~
~~FOR THE DISTRICT OF COLUMBIA~~
Deborah A. Robinson
U.S. Magistrate Judge

cc:
Anthony Scarpelli
Assistant United States Attorney
Organized Crime and Narcotic Trafficking Section
555 4th Street, N.W. #4816
Washington, DC 20530

